UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JERRY D. HUTCHINS, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:09-0026 ) Judge Echols |
| TAFT HENDRIXSON, individually and THE MUNICIPAL GOVERNMENT OF THE CITY OF SMITHVILLE, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the Memorandum issued contemporaneously herewith, the Court rules as follows:

(1) the Motion For Summary Judgment filed by Defendants Taft Hendrixson and The Municipal Government of the City of Smithville (Docket Entry No. 9), is hereby GRANTED;

(2) this case is hereby DISMISSED WITH PREJUDICE; and

(3) entry of this Order on the docket shall constitute entry of final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE